In re __Swaddle Kids LLC__                         Case No. __26-00275-7__
                    Debtor(s)                      Chapter __7__

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Swaddle Kids LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None [*Check if applicable*]

__01/28/2026__                    __/s/ Stephen Bulgarella__
Date                              **Stephen Bulgarella**
                                  Signature of Attorney or Litigant
                                  Counsel for __Swaddle Kids LLC__
                                  **Bar Number: 1263-E00V**
                                  **The Law Office of Stephen Bulgarella, LLC**
                                  **420 N. 20th Street Suite 2200**
                                  **Birmingham, AL 35203**
                                  **Phone: (205) 379-1234**
                                  **Email: stephen@sblawoffice.org**

1